AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

<table>
<tr><td>United States of America<br>v.<br><br>Timothy James McGoldrick Jr.<br><br><br><br>_____<br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Case No.   1:26-mj-3078-RJS</td></tr>
</table>

**FILED**
12:14 pm Apr 16 2026
**Clerk U.S. District Court**
**Northern District of Ohio**
**Cleveland**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   February 21, 2026 - April 16, 2026   in the county of   Medina   in the
Northern   District of   Ohio   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Receipt and Distribution of visual depictions of minors engaged in sexually explicit conduct |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Peter J. Mauro, Special Agent, FBI
_____
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date:   4/16/2026
_____
*Judge's signature*

City and state:   Cleveland, Ohio

Reuben J. Sheperd, United States Magistrate Judge
_____
*Printed name and title*