1:26-mj-3078-RJS

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Peter J. Mauro, a Special Agent (SA) with the Federal Bureau of Investigation (hereinafter "FBI"), Cleveland Division, Akron Resident Agency, being duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7); that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, the offenses enumerated in 18 U.S.C § 2516. I have been trained in advanced investigative techniques and have satisfied all requirements defined by the Federal Criminal Investigator Classification series established by the U.S. Office of Personnel Management.

2. I have been employed by the FBI as a Special Agent since August of 2009, and I am currently assigned to the Cleveland division, Akron Resident Agency. I oversee the Cleveland Division Child Exploitation Task Force for the counties of Summit, Portage and Medina. I have been assigned to, and participated in, investigations in the area of general criminal matters, specializing in Crimes Against Children and crimes involving the internet. I have participated in all of the usual methods of investigation including, but not limited to, financial analysis, physical surveillance, service of subpoenas, cooperating witnesses, confidential human sources, telephone toll record analysis, interception of wire and cellular telephone communications, consensual monitoring, and the execution of search and arrest warrants. I have gained experience through training at the FBI Academy in Quantico, Virginia and everyday work relating to conducting these types of investigations. I am an FBI certified Computer Analysis Response Team (CART)

–1–

Technician, and an FBI Digital Extraction Technician (DExT). I am the Senior Team Leader of the Cleveland Division's Evidence Response Team (ERT) specializing in advanced evidence collection techniques including but not limited to trace evidence, DNA, digital evidence, bullet trajectory, post-blast, etc. Prior to the FBI, I enlisted in the United States Air Force where I attained the rank of Staff Sergeant. I hold an associate's degree in criminal justice, a bachelor's degree in psychology, and a master's degree in criminal justice.

3.      Over the course of my employment as an FBI Special Agent I have conducted and participated in multiple criminal investigations that have resulted in arrests for violent criminal offenses involving children. These crimes resulted in subsequent convictions in Federal Courts.

4.      This affidavit is being submitted for the limited purpose of establishing probable cause to Timothy James McGoldrick Jr (hereafter referred to as "McGoldrick"), date of birth December XX, 1983 (redacted) has received, possessed, and distributed child pornography, in violation of 18 U.S.C. § 2252(a)(2) and 18 U.S.C. § 2252A(a)(5)(B).

5.      The statements in this affidavit are based in part on information and evidence provided by sworn FBI Agents and Task Force Officers, Analysis of law enforcement databases, evidence obtained in federal criminal investigations, written reports about this case, examination of records from commercial and FBI databases, administrative subpoenas, FBI physical surveillance, child pornography downloaded from McGoldrick's IP address by a sworn law enforcement officer assigned to the Computer Crimes Task Force of the Ohio State Patrol, interview of McGoldrick and his associates, the execution of federal search warrants at his residence and on his person, and on my investigation of this matter. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every

fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause for the requested complaint.

6.     In or about February 2023, I opened "Operation Scattered Showers" from the Federal Bureau of Investigation (FBI) Cleveland Division, Akron Resident Agency, to identify Peer-to-Peer File sharing users in the Ohio counties of Portage, Summit, and Medina engaged in the receipt, possession, and distribution of child sexual abuse material (CSAM).

7.     In or about September and October 2025 while running investigative queries in a law enforcement service[1], I identified Internet Protocol address 24.101.0.125, actively participating on BitTorrent offering parts of files known[2] to be CSAM. In or about March, 2026 I identified Internet Protocol address 24.101.0.125, actively participating on BitTorrent offering parts of files known to be CSAM. Specifically, from on or about February 9, 2025 at 12:47UTC through on or about March 17, 2026 at 14:52UTC, IP address 24.101.0.125 offered 29,982 files of interest, of which, 17,495 were Project Vic Category files 1. Project Vic Category 1 files and CSAM are the same. The batch also contained 8,762 files that were determined to contain sadomasochism.

8.     The IP address 24.101.0.125 was geolocated to the Medina, Ohio area using a law enforcement tool. The most recent CSAM files being offered by the IP address was on or about March 17, 2026 at 14:52UTC, as of March 17, 2026, the date that I opened the case.

---

1 It should be noted that the law enforcement service described herein does not provide me with the actual CSAM media to review. It simply provides SHA1/MD5 hash values of the previously identified CSAM files and torrents, summaries of the files and torrents, and the file names along with technical data regarding when the files were offered to other P2P users by the target, and when that conduct occurred. The descriptions are law enforcement officer descriptions of CSAM that share the same SHA1/MD5 value as those received, downloaded, and offered by 24.101.0.125 on BitTorrent.

2 Known CSAM are files that have MD5 or SHA1 hash matches to files that an investigator has previously determined to be CSAM. A hash is a digital fingerprint that is unique to each file on any computer.

9.     The oldest observations from IP address 24.101.0.125 was from on or about February 9, 2025 at 12:47UTC via BitTorrent.

10.     A review of info hash 0ad0c5d3730973976c[partially redacted because this torrent is still available for download and contains CSAM], a torrent that McGoldrick was offering on April 16, 2025 described by another law enforcement investigator as, "infant toddler sexual abuse by female adult".

11.     On or about March 16, 2026 the FBI served an administrative subpoena to Armstrong Cable, the company that services IP address 24.101.0.125 for the periods of inclusive conduct. On or about March 16, 2026, Armstrong Cable responded with the following subscriber information:

**IP 24.101.0.125:**
**Subscriber Name**: TIM J MCGOLDRICK
**Address**: XXXX MONTEREY DR MEDINA, OH 44256-7657 [redacted]
**Telephone**: 440-570-XXXX [redacted]

12.     On or about March 16, 2026, I identified that law enforcement had conducted direct downloads of CSAM from IP address 24.101.0.125 on one occurrence on or about February 21, 2026.

13.     On or about March 16, 2026, Detective Dan Maher, of the Circleville Police Department, Circleville, Ohio, assigned to the Ohio State Patrol, Computer Crimes Task Force sent me a copy of evidence obtained from IP address 24.101.0.125 via BitTorrent. Detective Maher utilized two law enforcement tools on BitTorrent called to selectively download the CSAM files directly from, and only from IP address 24.101.0.125.   All of the downloads occurred on or about February 21, 2026. All of the connections occurred between Detective Maher's law enforcement

–4–

computer and device(s) connected from IP address 24.101.0.125.  In total, the direct download capture contained 1,689 files of CSAM. Of the 1,689 files, 1,686 files were unique. Three files were duplicative of other CSAM files. Of the 1,686 unique files, 26 were videos and 1660 were images.

14.     Additionally, there were 19,672 files of Child Exploitative Material[3] [CEM]. Below is a description of the evidence:

15.     The drive contained a parent folder titled, "US_OH_Medina_24.101.0.125". That folder contained a series of four sub-folders titled, "20260221_183626_5eBe", "20260221_184156_e041", "20260221_192619_8f80", and "20260221_204305_9ded" including evidence and connection logs for each successful session. The contents of the folders included the successful and attempted date and time of the Law Enforcement BitTorrent tool sessions which included the associated CSAM that was obtained from IP 24.101.0.125 during each session as well as log data.

16.     The suspect device reported it was using BitTorrent client software -qB4630. The media was exported to a review tool for examination. Some of the file folders provided were corrupted and would not open. Below is a sampling of CSAM evidence observed:

17.     A 27 second color video titled, "av-30-11.mpg" depicts two approximately seven-year-old prepubescent girls dancing naked in a bedroom. The girls are both wearing jewelry and makeup. One girl is wearing a net skirt. Both girls' vulvas are visible. the file has MD5 hash value:1687e9fd1d5113b888b666e0393e81c30.

---

3 CEM is media that is child exploitive in nature but may not meet the definition of child pornography as defined in 18 U.S. Code § 2256. CEM is also used to identify media that may meet the definition of 18 U.S. Code § 2256 but is "age difficult".

18.     A color image titled, "isa-012-069.jpg" depicting an approximately eight-year-old prepubescent girl laying in the grass in sandals otherwise naked. The girl is wearing jewelry and makeup and sitting with her legs open, vulva exposed presenting for the camera. The file has MD5 hash value: ef58528275e3d54deacee09014328f51.

19.     A color image titled, "isa-018-085.jpg" depicting an approximately eight-year-old prepubescent girl standing outside naked but wearing jewelry around her neck and a crown on her head. The girl has makeup on. The girl is standing with her legs open displaying her vulva for the camera. The camera angle is taken low looking up with the girl's vulva as the focal point of the image. The file has MD5 hash value: 1db3851a2b58f93f07c817bb30a9c01d.

20.     The remaining files of CSAM are similar in likeness and kind to those described herein.

21.     On or about April 16, 2026 Agents and Task Force Officers from the Cleveland Division of the FBI as well as law enforcement officers from Medina County and Medina Township Police Department executed two federal search warrants; one on McGoldrick and the other on his residence. The following items of evidence were recovered of investigative interest:

22.     A silver and black external hard drive USB in the basement contained a folder with 778 total items, many of which contain CSAM. The files have names that contain "CP" in the name. For example, a four minute 45 second color video described as "CP dos ninas morenita con ombre en la tina de bano" depicting two prepubescent minor females in a tub manually stimulating an adult male's penis. Another video, a forty-five second color video titled, "CP April". When playing the video, the opening title screen states, "April loves my cock." The video depicts an

–6–

approximately five-year-old prepubescent girl performing fellatio on an adult male. The girl is resisting as the male ejaculates onto her face. The girl is wincing in disgust.

23. Contemporaneous to the execution of the federal search warrants, I interviewed McGoldrick. After being advised of my employment as an FBI Special Agent and his *Miranda* rights, McGoldrick provided the following information:

24. McGoldrick stated that he resides at the home with his wife and three minor children. Currently, his wife is visiting Florida with his daughter, and he is at the home with his two sons. He stated that he is a baseball coach in Medina County. He is employed as a full-time fire fighter in Avon, Ohio and a nurse at MetroHealth. Previously, McGoldrick was a full-time firefighter in Parma as a lieutenant.

25. McGoldrick stated he has been consuming pornography for a long time, and that he has observed child pornography on many occasions. McGoldrick stated he uses Qbit a version of QbitTorrent. When asked why he continues to use QbitTorrent for pornography even though he regularly encounters child pornography, he stated it was because it does not have ads.

26. McGoldrick briefly intimated that the conduct could have been from one of his children, but when pressed on it, he quickly took responsibility for his actions. McGoldrick invoked his right to an attorney midway through the interview, and the interview was terminated.

27. The activity described above occurred in Medina County, located in the Northern District of Ohio, Eastern Division.

## CONCLUSION

28.    Based on the above information, probable cause exists that Timothy McGoldrick Jr. has violated 18 U.S.C. § 2252(a)(2) and 18 U.S.C. § 2252A(a)(5)(B).


FURTHER AFFIANT SAYETH NOT

_____
Peter J. Mauro, Special Agent
Federal Bureau of Investigation
Akron, Ohio

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 4.1; 41(d)(3) this __16th__ day of April, 2026.

Reuben J. Sheperd, United States Magistrate Judge

−8−